**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BYRON BEDELL, | : | |
| | : | |
| Plaintiff | : | No. 1:16-CV-00019 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant | : | |

<u>ORDER</u>

**AND NOW, THEREFORE,** this 9th day of May, 2016, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.  Bedell's motion to proceed <u>in forma pauperis</u> (Doc. No. 3) is construed as a motion to proceed without full prepayment of the filing fee and is **GRANTED.**

2.  Bedell's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(B)(iii) and 1915A(b)(2) based on the Defendant's sovereign immunity and this court's lack of subject matter jurisdiction.

3.  Bedell's motion entitled "Motion for the Procedure for Alternative Dispute Resolution" (Doc. No. 2) is **DENIED** as moot.

4.  The Clerk of Court shall **CLOSE** this case.

5.    Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

        <u>       s/ Yvette Kane          </u>
Yvette Kane
United States District Judge